| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| | FOR CALENDAR YEAR 2013 | in Government Act of 1978 |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fischer, Nora B. | District Court, Western PA | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Federal District Court Judge - Active | ☐ Nomination  Date | 01/01/2013 |
| | ☐ Initial  ☑ Annual  ☐ Final | to |
| | 5b. ☐ Amended Report | 12/31/2013 |

**7. Chambers or Office Address**

Suite 5280, US Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions.)

### A. Filer's Non-Investment Income

☑ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, complete this section.
(Dollar amount not required except for honoraria.)

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Highmark Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

☐ NONE (No reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/22/13 to 3/23/13 | New York, NY | Activity of professional assoc or civic organization | airfare, room, transportation, & meal |
| 2. | Federal Judicial Center | 4/22/13 to 4/24/13 | Charleston, SC | FJC educational seminar | travel & meal |
| 3. | Private Research Institute | 5/13/13 to 5/15/13 | Chicago, IL | Activity of professional assoc or civic organization | travel, room, & meal |
| 4. | Federal Judicial Center | 9/11/13 to 9/13/13 | Atlanta, GA | FJC educational seminar | travel, room & meal |
| 5. | Allegheny County Bar Association | 10/10/13 to 10/13/13 | Farmington, PA | Activity of professional assoc or civic organization | travel, room, & meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/12/2014 |

## V. ASSETS

☑ NONE (No reportable assets.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Include those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Sara B. | |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | M | T | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. American AMCAP Fund | B | Dividend | | | Sold | 08/14/13 | | | |
| 5. American Europacific Growth | A | Dividend | | T | | | | | |
| 6. Dodge & Cox Stock | A | Dividend | L | T | Sold (part) | 08/20/13 | J | | |
| 7. Federated Kaufman Small Cap Fund Cl. A | D | Dividend | L | T | Sold (part) | 08/20/13 | J | | |
| 8. FPA New Income | D | Dividend | M | T | Sold (part) | 08/21/13 | K | | |
| 9. Prime Fund Cap Reserves | A | Interest | K | T | | | | | |
| 10. Champlain Small Company Fund Adv Cl | A | Dividend | | | | | | | |
| 11. Eaton Vance Large-Cap Value Cl A | C | Dividend | L | T | | | | | |
| 12. Goldman Sachs Small Cap | | None | | | Sold (part) | 02/11/13 | J | | |
| 13. | | | | | Sold | 08/14/13 | L | | |
| 14. SouthernSun Small-cap N/C | C | Dividend | L | T | Sold (part) | 08/20/13 | J | | |
| 15. T Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 16. Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 17. JP Morgan Opportunity Cl A | A | Dividend | | | | | | | |

Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns C1 and D4) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
(See Column C2) T =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/22/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. dividend or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Eaton Vance Floating Rate Advantage Adv | C | Dividend | M | T | | | | | |
| 19. - Loomis Sayles Bond Retail Shares | D | Dividend | L | T | Sold (part) | 08/21/13 | J | | |
| 20. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 21. - PIMCO Real Return Class A | B | Dividend | L | T | Sold (part) | 08/21/13 | L | | |
| 22. - Vanguard Short Term Invmt Grade Investor | B | Dividend | M | T | Buy (add'l) | 08/20/13 | J | | |
| 23. - Vanguard Short Term Federal | A | Dividend | M | T | Buy (add'l) | 08/20/13 | J | | |
| 24. Templeton Global Bond Class A | B | Dividend | K | T | Buy (add'l) | 08/21/13 | J | | |
| 25. - PIMCO Foreign Bond Unhedged | A | Dividend | K | T | Buy (add'l) | 08/21/13 | J | | |
| 26. FPA Crescent Instl | D | Dividend | L | T | Sold (part) | 08/20/13 | L | | |
| 27. - Columbia Dividend Opportunity | D | Dividend | L | T | Sold (part) | 08/20/13 | J | | |
| 28. Fidelity Advisor New Insights | D | Dividend | L | T | | | | | |
| 29. Munder Epic I Del SmCap | | None | | | Sold | 02/07/13 | L | | |
| 30. - Metropolitan West Total Ret - I sh | B | Dividend | L | T | Buy | 08/21/13 | L | | |
| 31. - MFS Growth I LG | A | Dividend | L | T | Buy | 08/20/13 | K | | |
| 32. RMY-D Royce Inst Smaller Cos | A | Dividend | L | T | Buy | 02/18/13 | | | |
| 33. Thornburg Strategic Inc I | C | Dividend | L | T | Buy | 08/20/13 | | | |
| 34. Wentworth International Small Cap RE | B | Dividend | L | T | Buy | 08/20/13 | | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Qualified Plan #4 | | | | | | | | | |
| 37. - TIAA Traditional | C | Interest | L | T | Distributed (part) | 03/01/13 | K | | |
| 38. - CREF Global Equities | | None | J | T | | | | | |
| 39. - CREF Money Market | | None | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. Qualified Plan #5 | | | | | | | | | |
| 42. - Federated US Govt Sec | B | Dividend | L | T | Sold (part) | 02/11/13 | K | | |
| 43. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 44. - PIMCO Low Duration | B | Dividend | L | T | Sold (part) | 02/11/13 | K | | |
| 45. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 46. - Federated FD US Govt Sec | A | Dividend | | | Sold | 02/11/13 | K | | |
| 47. - PIMCO Total Return Cl A | C | Dividend | M | T | | | | | |
| 48. - PIMCO Foreign Bond | B | Dividend | L | T | Buy (add'l) | 02/11/13 | K | | |
| 49. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 50. - American Capital World Bond | B | Dividend | L | T | Buy (add'l) | 02/11/13 | K | | |
| 51. | | | | | Buy (add'l) | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Artisan International | A | Dividend | L | T | Sold (part) | 02/11/13 | J | | |
| 53. - MFS International New Disc Cl A | A | Dividend | K | T | Sold (part) | 02/11/13 | J | | |
| 54. - Royce Microcap Investment Class | | None | | | Sold | 08/14/13 | L | | |
| 55. - Fidelity, Prime Fund | A | Dividend | K | T | | | | | |
| 56. - Phoenix Real Estate Value | B | Dividend | K | T | | | | | |
| 57. - Third Avenue Real Estate Value | A | Dividend | K | T | Sold (part) | 08/20/13 | J | | |
| 58. - Prime Cap Odyssey Growth Fund | B | Dividend | M | T | Sold (part) | 08/20/13 | J | | |
| 59. - T Rowe Price Equity Income | C | Dividend | L | T | Sold (part) | 08/20/13 | J | | |
| 60. - Vanguard GNMA | B | Dividend | M | T | | | | | |
| 61. - Van Eck Global Hard Assets Class A | A | Dividend | K | T | | | | | |
| 62. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | Sold (part) | 08/20/13 | J | | |
| 63. - IVA Worldwide Fund Cl A | C | Dividend | L | T | | | | | |
| 64. - Allianz NFJ Dividend Value Instl | B | Dividend | L | T | Sold (part) | 08/20/13 | J | | |
| 65. - Delaware Diversified Income A | C | Dividend | L | T | Buy (add'l) | 03/25/13 | K | | |
| 66. -Cullen High Dividend Equity I L | B | Dividend | L | T | | | | | |
| 67. - Fidelity Advisor Small Cap I DS | | None | | | Sold | 08/14/13 | L | | |
| 68. - Allianz NFJ Intl Value I LV | B | Dividend | L | T | Sold (part) | 02/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Oakmark International Small Cap | B | Dividend | L | T | Sold (part) | 02/11/13 | J | | |
| 70. - Federated Total Return Bond - I | A | Dividend | K | T | Buy | 02/14/13 | J | | |
| 71. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 72. - Sentinel Govt Securities I | A | Dividend | K | T | Buy | 02/14/13 | J | | |
| 73. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 74. - Federated Strategic Income Fd I | C | Dividend | L | T | Buy | 02/14/13 | L | | |
| 75. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 76. - IVY Mid Cap Growth - I | B | Dividend | L | T | Buy | 08/20/13 | L | | |
| 77. - Royce Opportunity Inv | D | Dividend | L | T | Buy | 08/20/13 | L | | |
| 78. - Scout Mid Cap DMC MB | C | Dividend | L | T | Buy | 08/20/13 | L | | |
| 79. | | | | | | | | | |
| 80. Qualified Plan #7 | | | | | | | | | |
| 81. - PIMCO Total Return Fund (Admin) | | None | M | T | | | | | |
| 82. - Small Cap U.S. Equity Index NL Fd (frmly BGI Sm Cap Dom) | | None | L | T | | | | | |
| 83. - Marsico Focused Growth Portfolio | | None | M | T | | | | | |
| 84. - MFS Inst International Equity Fund | | None | M | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Qualified Plan #8 | | | | | | | | | |
| 87. - BR Mid Cap US Eq Inx NL (fmrly BGI MidCap Dom Eq Inx) | C | Dividend | M | T | | | | | |
| 88. - GMO International Intrinsic Value - M Shares | | None | | | Sold | 03/31/13 | L | | |
| 89. - Dodge & Cox Stock | C | Dividend | M | T | | | | | |
| 90. - PIMCO Real Return (Institutional Class) | C | Dividend | M | T | | | | | |
| 91. - Harbor High-Yield Bond - Intstl Class | C | Dividend | M | T | | | | | |
| 92. - Capital Guardian Emergin Markets Equity | C | Dividend | L | T | | | | | |
| 93. - GMO International Intrinsic Value - Class III | C | Dividend | L | T | Buy | 03/31/13 | L | | |
| 94. | | | | | | | | | |
| 95. Qualified Plan #9 | | | | | | | | | |
| 96. - Vanguard Short Term Bond Index Inst | | None | | | Sold | 03/31/13 | L | | |
| 97. - Vanguard Short Term Bond Index Inst Plus | | None | L | T | Buy | 03/31/13 | L | | |
| 98. | | | | | | | | | |
| 99. Brokerage Account #1 | | | | | | | | | |
| 100. - American Funds, Fundamental Investors | B | Dividend | K | T | | | | | |
| 101. - Royce Pennsyl Mutual Invst | B | Dividend | K | T | | | | | |
| 102. - T Rowe Price Intl Disc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - T Rowe Price Real est Fund | A | Dividend | J | T | | | | | |
| 104.  - Thornburg Inv Income Builder | B | Dividend | K | T | | | | | |
| 105.  - Thornburg Ltd Term US Govt | B | Dividend | K | T | Buy (add'l) | 02/11/13 | J | | |
| 106. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 107.  - Tweedy Browne Global Value | B | Dividend | K | T | Sold (part) | 02/11/13 | J | A | |
| 108.  - William Blair Int'l Growth Class | A | Dividend | K | T | Sold (part) | 02/11/13 | J | A | |
| 109.  - PIMCO Foreign Inst SHS | B | Dividend | K | T | Buy (add'l) | 02/11/13 | J | | |
| 110.  - Thornburg Ltd Term Income | A | Dividend | K | T | Buy (add'l) | 02/11/13 | J | | |
| 111.  - Prime Fund Capital Reserves | A | Dividend | J | T | | | | | |
| 112.  - Franklin Federal Intr Term Tax Free A | C | Interest | L | T | Buy (add'l) | 02/11/13 | J | | |
| 113. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 114.  - IVA International - I | A | Dividend | J | T | | | | | |
| 115.  -BBH Core Select Fund Cl N | A | Dividend | K | T | | | | | |
| 116.  -Columbia Acorn Class Z | B | Dividend | K | T | | | | | |
| 117. | | | | | | | | | |
| 118.  Mass Mutual Life Insurance Policy | | None | L | T | | | | | |
| 119.  Mass Mutual Life Insurance Policy | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. HSA #1 | | | | | | | | | |
| 122. - Bank of America, Cash account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Qualified Plan #6 was completely distributed in 2012 and rolled into Qualified Plan #5.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544